UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
IN RE DIDI GLOBAL INC. SECURITIES LITIGATION

This document applies to:          All Actions
------------------------------------------------x

Master Docket
21-cv-5807 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' counsel reportedly has told the press that these cases are being settled, subject to court approval, for a large sum and that they expect to finalize the documentation and submit the matter to the Court in October. In the circumstances, **all motions pending in any or all of these actions hereby are terminated**. This order is without prejudice to their reinstatement upon appropriate application to the Court in the event plaintiffs' expectations are not fulfilled by Hallowe'en.

      SO ORDERED.

Dated:      September 29, 2025

                                                                       Lewis A. Kaplan
                                                                     United States District Judge